No. 94, Orig. SOUTH CAROLINA *v.* BAKER, SECRETARY OF THE TREASURY. Motion of South Carolina for divided argument to permit National Governors' Association to present oral argu-

ment as intervenor and motion of National Governors' Association for divided argument granted. Requests for additional time for oral argument denied. [For earlier order herein, see, *e. g., ante,* p. 808.]